STATE v. CREECH

No. 172 PC.

Case below: 36 N.C. App. 651.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978.

STATE v. CREECH

No. 59.

Case below: 37 N.C. App. 261.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 29 August 1978.

STATE v. HALL

No. 211 PC.

Case below: 36 N.C. App. 652.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978.

STATE v. HAMILTON

No. 187 PC.

Case below: 36 N.C. App. 538.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978.

STATE v. HEBERT

No. 199 PC.

Case below: 36 N.C. App. 783.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978.